# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUN 26  PM 4: 12

CLERK_____
SO. DIST. OF GA.

MARK ELLIOTT MARTIN, )
 )
  Movant, )
 ) Case No. CV412-165
v. )     CR498-106
 )
UNITED STATES OF AMERICA, )
 )
  Respondent. )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 26 day of June , 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA