UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JUN 16 A 9:46
CLERK _C.Helams_
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mark Elliott Martin | ) | Case No: 4:98CR00106-5 |
| | ) | USM No: 09883-021 |
| Date of Original Judgment: January 13, 1999 | ) | Dennis G. Dozier |
| Date of Previous Amended Judgment: _____ | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[X] DENIED.  [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   January 13, 1999,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 15, 2016

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*