AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

FILED
U.S. DISTRICT COURT
2019 JAN 24 PM 2:39
CLERK _____
SO. DIST. OF GA.

United States of America
v.
Mark Elliott Martin

Case No: 4:98-cr-00106-5
USM No: 09883-021

Date of Original Judgment: January 13, 1999
Date of Previous Amended Judgment: Not applicable
*(Use Date of Last Amended Judgment if Any)*

Dennis Dozier, Sr.
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __360__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __January 13, 1999,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: January 24, 2019

Judge's signature

Effective Date: January 28, 2019
*(if different from order date)*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*