# United States District Court
## for the Southern District of Georgia
### Savannah Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2019 JAN 30 PM 2:28
CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA, )
)
v. )
) CR498-106
MARK ELLIOTT MARTIN, )
)
Defendant. )

### ORDER

Presently before the Court is Defendant Mark Martin's ("Martin") letter/motion regarding the First Step Act and its retroactive application to the Sentencing Guidelines with regard to crack cocaine-related offenses. Dkt. No. 931. Before the Court received Martin's motion, however, it had already Ordered that Martin's previously imposed sentence of 360 months' imprisonment be reduced to time served. As such, Martin's motion, dkt. no. 931, is **DENIED as moot**.

SO ORDERED, this 30 day of January, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)